Joel E. Tasca, Esq.
Nevada Bar No. 14124
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com

*Attorneys for Defendant,*
*OneMain Financial Group, LLC*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KATHERINE WASMUND;<br><br>Plaintiff,<br><br>v.<br><br>ONEMAIN FINANCIAL GROUP, LLC;<br><br>Defendant. | CASE NO. 2:20-cv-00977-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT ONEMAIN FINANCIAL GROUP, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Second Request)** |

Plaintiff Katherine Wasmund ("Plaintiff") and Defendant OneMain Financial Group, LLC ("OneMain")[1] stipulate and agree that OneMain has up to and including July 27, 2020 to respond to Plaintiff's Complaint (ECF No. 1), to provide additional time to investigate Plaintiff's allegations and for OneMain to prepare a response.

*[Continued on following page.]*

---

[1] By filing this Stipulation, OneMain is not waiving any defense, affirmative or otherwise, it may have in this matter.

DMWEST #40281595 v1

1  This is the second request for an extension, and is made in good faith and not
2  for purposes of delay.
3  Dated this 6th day of July, 2020.

| BALLARD SPAHR LLP | KIND LAW |
|---|---|
| By: /s/ Joel E. Tasca<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>BALLARD SPAHR LLP<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant*<br>*OneMain Financial Group, LLC* | By: /s/ Michael Kind<br>Michael Kind, Esq.<br>Nevada Bar No. 13903<br>8860 South Maryland Parkway, Suite 106<br>Las Vegas, Nevada 89123<br><br>Gregory Haines, Esq.<br>Nevada Bar No. 9411<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123<br><br>*Attorneys for Plaintiff*<br>*Katherine Wasmund* |

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

ORDER

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 7, 2020

2

DMWEST #40281595 v1