1  George Haines, Esq.
2  Nevada Bar No.: 9411
3  Gerardo Avalos, Esq.
   Nevada Bar No.: 15171
4  **FREEDOM LAW FIRM**
5  8985 S. Eastern Ave., Suite 350
6  Las Vegas, Nevada 89123
   (702) 880-5554
7  (702) 385-5518 (fax)
8  Ghaines@freedomlegalteam.com
9  *Attorneys for Plaintiff Katherine Wasmund*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| Katherine Wasmund, | Case No.: 2:20-cv-00977-JCM-NJK |
|---|---|
| Plaintiff, | **Stipulation of dismissal of OneMain Financial Group, LLC with prejudice** |
| v. | |
| OneMain Financial Group, LLC, | |
| Defendant. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Katherine Wasmund and OneMain Financial Group, LLC stipulate to dismiss Plaintiff's claims against OneMain Financial Group, LLC with prejudice.

///

///

///

Each party will bear its own costs, disbursements, and attorney fees.

Dated: June 21, 2021.

**FREEDOM LAW FIRM**

 /s/ Gerardo Avalos
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Katherine Wasmund*

**BALLARD SPAHR LLP**

/s/ Joel Tasca
Joel Edward Tasca, Esq.
1980 Festival Plaza Dr., Suite 900
Las Vegas, NV 89135
*Counsel for OneMain Financial Group, LLC*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: June 23, 2021